387 A.2d 919

Commonwealth v. Lark, Appellant.

Commonwealth v. Valentine, Appellant.

Argued December 12, 1977. Harry S. Tischler, Assistant Defender, with him Benjamin Lerner, Defender, for appellants; Paul S. Diamond, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

HOFFMAN and SPAETH, JJ., dissented for the reasons stated in Judge Hoffman's dissenting opinion in *Commonwealth v. Greiner*, 236 Pa.Super. 289, 344 A.2d 915 (1975).

WATKINS, former P. J., did not participate in the consideration or decision of this case.